## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOSEPH TULL,                        )

                                 )

              Plaintiff,        )

                                 )

              v.                 )    Civil Case No. 10-629 (RJL)

                                 )

OFFICE OF THE ARCHITECT OF  )

THE CAPITOL,                )

                                 )

STEPHEN AYERS, the Architect of the  )

Capitol, in his personal capacity,  )

                                 )

REBECCA TISCIONE, a retired  )

employee of the Architect of the  )

Capitol, in her personal capacity,  )

                                 )

EVELYN GOODWIN, an employee of  )

the Architect of the Capitol, in her  )

personal capacity,  )

                                 )

TONDA CAVE, an employee of the  )

Architect of the Capitol, in her personal  )

capacity,  )

                                 )

EDGARD MARTINEZ, an employee of  )

the Architect of the Capitol, in his  )

personal capacity,  )

                                 )

and  )

                                 )

WILLIAM MILLER, an employee of  )

the Architect of the Capitol, in his  )

personal capacity,  )

                                 )

             Defendants.     )

## <u>ORDER</u>

For the reasons set forth in the Memorandum Opinion entered this date, it is this 23rd day of August, 2011, hereby

**ORDERED** that the defendants' Motion to Dismiss [#8] is **GRANTED**; it is further

**ORDERED** that the above-captioned case is **DISMISSED** with prejudice.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge